IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES ELVIN CRUTCHFIELD | § | |
| v. | § | CIVIL ACTION NO. 6:07cv64 |
| JANET L. JOHNSON | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed with prejudice. Plaintiff filed a pleading on May 3, 2007 that will be construed as written objections to the Report and Recommendation.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. In his objections, Plaintiff attempts to add new defendants to the lawsuit. Plaintiff fails, however, to show that the federal court has jurisdiction to consider his claims and he has not stated a claim upon which relief may be granted. The findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice.  Any motion not previously ruled on is **DENIED**.

**SIGNED this 18th day of May, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE